UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EVELYN MILLETTE MENAGED,

      Plaintiff,

          v.                      Case No.3:11-cv-586-J-12JBT

CITY OF JACKSONVILLE BEACH, FLORIDA,
etc., et al.,

      Defendants.

_____

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. 45) of the United States Magistrate Judge, filed January 14, 2013, recommending that Plaintiff's Motion to Reopen the Action (Doc. 40) be denied. As of the date of this Order, no party has filed written objections to the Magistrate Judge's proposed findings and recommendations within the fourteen (14) day objection period. As a result, each party is barred from a de novo review by this Court of the issues contained in the Report and Recommendation and from attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Fed.R.Civ.P 72(b); and M.D.Fla.R. 6.02(a). Accordingly, upon review of the matter, it is

**ORDERED AND ADJUDGED:**

1.     That the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge (Doc. 45); and

2.     That Plaintiff's Motion to Reopen the Action (Doc. 40) is denied.

**DONE AND ORDERED** this ___7 TH · day of February 2013.


Howell W. Melton
_____
HOWELL W. MELTON
SENIOR UNITED STATES DISTRICT JUDGE


c:     Hon. Joel B. Toomey, United States Magistrate Judge
       Counsel of Record